AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Neil Hunter, et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  2:26-cv-11227 |
| | ) | |
| v. | ) | |
| | ) | |
| Wyandotte, City of, et al | ) | Hon.  Stephen J. Murphy, III |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      Wyandotte, City of

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Nakisha N. Chaney
> Salvatore Prescott & Porter
> 105 E. Main Street
> Northville, MI 48167

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/D. Allen

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  April 16, 2026



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-11227

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Wyandotte c/o Thomas Kuzmiak, Esq. City Attorney, City of Wyandotte was received by me on *(date)* 4/21/2026.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Thomas Kuzmiak , who is designated by law to accept service of process on behalf of *(name of organization)* City of Wyandotte on *(date)* Mon, May 04 2026 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $.

I declare under penalty of perjury that this information is true.

Date: 5/4/2026

_____
*Server's signature*

Michael Rehbein

_____
*Printed name and title*

42815 Garfield Rd. Suite 208, Clinton Twp, MI 48038

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 24, 2026, 3:08 pm EDT at 2241 Oak Street, Wyandotte, MI 48192
Mr. Look has recently retired and is no longer the city attorney. The secretary stated Thomas Kuzmiak is now the city attorney.

2) Successful Attempt: May 4, 2026, 10:10 am EDT at 2222 Ford Avenue, Wyandotte, MI 48192 received by Thomas Kuzmiak. Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'; Hair: Brown; Relationship: Attorney ;