UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEIL HUNTER and
JORDEN JUDGE, individuals,

       Plaintiffs,                          Case No.: 2:26-cv-11227

v                                       Hon. Stephen J. Murphy, III

CITY OF WYANDOTTE, a
municipality, BRIAN ZALEWSKI,
in his individual capacity, and
ARCHIE HAMILTON, in his
individual and official capacities,

       Defendants.

| | |
|---|---|
| Nakisha N. Chaney (P65066) | Timothy S. Ferrand (P39583) |
| Salvatore Prescott Porter & Porter PLLC | Cummings, McClorey, Davis & Acho, P.L.C. |
| Attorneys for Plaintiffs | Attorney for Defendants |
| 105 E. Main Street | 19176 Hall Road, Suite 205 |
| Northville, MI 48167 | Clinton Township, MI  48038 |
| (248) 679-8711 | (586) 228-5600 |
| chaney@sppplaw.com | tferrand@cmda-law.com |
| | tlange@cmda-law.com |

## APPEARANCE AND NOTICE OF APPEARANCE OF ATTORNEY

TO:   CLERK OF THE COURT and ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that TIMOTHY S. FERRAND of CUMMINGS,

McCLOREY, DAVIS & ACHO, P.L.C., hereby enters his Appearance on behalf of

Defendants, CITY OF WYANDOTTE, BRIAN ZALEWSKI and ARCHIE

HAMILTON, regarding the above-entitled matter.

{02580851-1 }

Respectfully Submitted,

**Cummings, McClorey, Davis & Acho, PLC**

By:  /s/ TIMOTHY S. FERRAND
TIMOTHY S. FERRAND (P39583)
Attorney for Defendants
19176 Hall Road, Suite 205
Clinton Township, MI 48038
Dated: May 26, 2026          (586) 228-5600

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

**Cummings, McClorey, Davis & Acho, PLC**

By:   /s/ Timothy S. Ferrand